JASPER et al. v. GREENBERG et al.

(Supreme Court, Appellate Term. February 18, 1910.)

Costs (§ 48*)—Voluntary Discontinuance.
    Where plaintiff voluntarily discontinues the action before it is submitted, costs should be taxed under Municipal Court Act (Laws 1902, c. 580) § 332, subd. 6, as in a case of nonappearance.
    [Ed. Note.—For other cases, see Costs, Dec. Dig. § 48.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Bernard Jasper and another, trading as Jasper Bros., against Henry M. Greenberg and others. From so much of the judgment as awards to defendants $10 costs, plaintiffs appeal, also bringing up for review the order denying motion for retaxation of the costs. Modified and affirmed.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

Henry L. Franklin, for appellants.
Michael H. Wolf, for respondents.

PER CURIAM. Under the decision in Blum v. O'Connor, 84 N. Y. Supp. 207, the costs should have been taxed under subdivision 6 of section 332 (Laws 1902, c. 580), as in a case of nonappearance.

Judgment modified, by reducing the same by the sum of $5, and, as modified, affirmed, with $5 costs to the appellant.